AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Oscar Sandoval

APPEARANCE

CASE NUMBER: CR no 06-70-01S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Oscar Sandoval - Espana

I certify that I am admitted to practice in this court.

6/9/06
Date

Signature

J. Crowell 1993
Print Name Bar Number

128 Dorrance St
Address

Prov RI 02903
City State Zip Code

272-6600 274-0175
Phone Number Fax Number

m was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.