1179017

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

OSCAR R. SANDOVAL-ESPANA
a/k/a Eddie Alberto Ramos

**WARRANT FOR ARREST**

CASE NUMBER: CR06-70 S

RECEIVED
JUN 0 7 2006
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest OSCAR R. SANDOVAL-ESPANA a/k/a Eddie Alberto Ramos
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(A) & 18:2

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J. Theall
Signature of Issuing Officer

June 7, 2006 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI upon being transferred to U.S. custody | | |
| DATE RECEIVED 06/07/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER C. Wyant |
| DATE OF ARREST 06/08/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.