UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. Cr. No. 06-70S

OSCAR R. SANDOVAL-ESPANA
a/k/a Eddie Alberto Ramos and
MANUEL A. MENDEZ-HERASME

**ORDER**

Absent objection, Defendant, Oscar Sandoval's Motion to Extend Time for Filing Pretrial Motions and to Continue Trial Date is GRANTED. This matter is continued until the August 2006 empanelment. Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the time included from the filing of this Motion through disposition, as well as the duration of the continuance, constitutes excludable time as defined by 18 U.S.C. §3161(F). Such period is deemed excludable, for the reasons stated above, and because the interest of justice in allowing the defendants to fully understand their constitutional rights regarding the criminal charges pending against them outweigh the interest of the public and the defendant in a speedy trial.

ORDER:

By: Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 7/5/06