UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-070-01S

OSCAR SANDOVAL

**MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS AND TO CONTINUE TRIAL DATE**

Now comes the Defendant Oscar Sandoval and respectfully requests that this Honorable Court grant him additional time, up to August 24, 2006, for filing pretrial motions in the above-captioned case, for the reason that counsel requires additional time review discovery with Defendant, discuss Defendant's options, and prepare pretrial motions. Defendant also requests that this Court continue this case to the September, 2006 trial calendar, in order to afford the Government time to respond to Defendant's pretrial motions.

The codefendant, Manuel Mendes Herasme, has filed a similar motion for continuance. The Government has no objection to this motion.

Any delay occasioned by this motion should constitute excludable time under the Speedy Trial Act, 18 USC Section 3161(h)(8)(A), because the interests of justice in allowing the Defendant time to examine pretrial discovery, evaluate his options and

prepare pretrial motions outweighs the interests of the public and the Defendant in a speedy trial. There has been previous excludable time.

OSCAR SANDOVAL
Defendant
By His Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on July 12, 2006, I mailed a copy of this Motion to AUSA Sandra Beckner, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.