# WITNESS STATEMENT

Cr# 06-1312-AR

Time: 4:37 AM

Date: May 25, 2006

Place: Pawtucket, RI

*I.* Daniel J. Forde *, voluntarily,*

*without threats or promises, make the following statements:*

Q. **What is your name ?**

A. Daniel J. Forde

Q. **What is your present address?**

A. Providence, RI
401-732-2500

Q. **What is your date of birth?**

A February 13, 1967

Q. **What is your occupation?**

A. Special Agent, DEA

Task Force Agent (TFA) Karl Jacobson and I received information that 95 Mulberry Street, Pawtucket, RI was an alleged stash location for large quantities of cocaine, and that a large sized pick-up with an unknown registration and a black Toyota bearing OC-177 were used to facilitate the transportation of cocaine via hidden compartments. Based on this information, TFA Jacobson and I for a short period of time observed this address, described as a green two-family residence with a detached garage located in the rear of the property.

At approximately 11:25 p.m., TFA Jacobson and I in the same unmarked vehicle drove by the residence and noticed a large amount of trash on the curb in front 95 Mulberry Street, Pawtucket, RI. At approximately 11:35 p.m., TFA Jacobson and I parked in the vicinity of 95 Mulberry Street, Pawtucket, RI for the purposes of retrieving the aforementioned to gather evidence that this residence was utilized as a stash location. While TFA Jacobson and I were walking back to our vehicle carrying trash bags, both TFA Jacobson and I observed a large dark-colored pick-up truck, driven by a male subsequently identified as Oscar Sandoval-Espana, drive very slowly past us, activate its left blinker and turn into the parking area in front of 95 Mulberry Street, Pawtucket, RI.. Sandoval-Espana was looking at us walking from the area of his sidewalk with the trash in our hands.

Daniel J Forde, SA
Signature

Statement taken by ______________________

Witnesses: ______________________

______________________

At this time, TFA Jacobson and I placed the trash in our vehicle and left the area, fearing that our investigation had been compromised. TFA Jacobson and I drove to the East Providence Police Department and, after reviewing the trash, found that the trash came from 97 Mulberry Street, Pawtucket, RI. Fearing that any drugs contained in the residence would be moved due to the possible detection of law enforcement, TFA Jacobson and I established surveillance back on the residence at approximately 12:45 a.m., and observed the same pick-up parked behind the residence near the detached garage. At approximately 1:35 a.m., TFA Jacobson and I observed the same pick-up truck pull around the residence and back up to the front door. At this time, I observed an unknown male exit the driver's side door and walked into the left front door (facing the residence). Approximately 1-2 minutes later, I observed an unknown male exit the same door and walk out of view. At this time, I observed a black sedan pull out from the left side of the parking lot in front of the residence.

As this vehicle exited the driveway of 95 Mulberry St, TFA Jacobson and I observed a black Toyota Avalon bearing RI registration OC-177, operated by a Hispanic male, subsequently identified as Manuel Aurelio Mendez-Herasme. A short time later, as TFA Jacobson and I were following the black vehicle, we noticed that the same large blue pick-up truck bearing RI 52671, was following us. At approximately 1:44 a.m., TFA Jacobson and I activated our lights and pulled the black vehicle over. As we exited our vehicle, the blue pick-up truck tried to pass us, but TFA Jacobson directed the blue pick-up to pull over in front of the black vehicle.

As TFA Jacobson and I approached the vehicle it appeared that the operator was extremely nervous and his body was actually visibly shaking. TFA Jacobson requested that Mendez-Herasme exit the vehicle and asked him if he was with the pickup truck in front of us. Mendez-Herasme stated "no I do not know him" and was extremely nervous. Since we had seen the two vehicles leave together, we knew Mendez-Herasme was lying, and for his and officer safety reasons, TFA Jacobson placed him in handcuffs. At this time, I approached the blue pick-up truck and requested that the driver, Oscar Rolando Sandoval-Espana, exit the vehicle and, for his and officer safety, I placed him in handcuffs. At this time, Pawtucket Police Department Thomas Newman showed up on the scene to assist, followed by several Pawtucket Police officers.

With the assistance of Spanish-speaking Pawtucket Police Police Officer Raphael Perez, Sandoval-Espana (who spoke English and Spanish) and Mendez-Herasme (who spoke Spanish only) were questioned about their relationship, where they came from, where they were going and whether they knew each other. Both gave conflicting stories. Mendez-Herasme denied knowing Sandoval-Espana and stated he did not know the vehicle Sandoval-Espana was operating. At this time

David Foley SA
Signature

Statement taken by ____________________

Witnesses: ____________________

____________________

Sandoval-Espana was giving the name of Eddie Ramos with a date of birth of 05/14/77. He provided a RI license in this name. I had information from the Immigration and Customs Enforcement from the start of the investigation that Sandoval-Espana was an illegal alien and was ordered to leave the country and his failure to do so resulted in a warrant of deportation and I had received a picture of him. At this time I believed that Ramos was Sandoval-Espana. A check of the registration showed that Mendez-Herasme was actually the registered owner of the vehicle he stated he did not know. At this time, both individuals were advised that they were under investigation for possible violations of drug trafficking violations, at which time TFA Jacobson and I received verbal consent to search the black Toyota. At this time, TFA Jacobson opened the truck of the black Toyota and found a large Sentry safe.

Both parties were transported to the Pawtucket Police Department for further investigation. The black Toyota and the blue pick-up were driven to the rear lot of the Pawtucket Police station by me and Police Officer Perez respectively to be secured for a possible search warrants. Both parties were fingerprinted for identification purposes. At approximately 2:40 AM, I Mirandized Sandoval-Espana in English via DEA Form 13-A in the presence of TFA Jacobson, and Police Officer Rapheal Perez. He stated he understood his rights and would speak with officers. Sandoval-Espana stated he borrowed the Toyota with RI registration OC-177 from his girlfriend Eva Lopez who is the registered owner and the mother of his child. He stated that Mendez-Herasme and him had met at 95 Mulberry, Pawtucket, RI and they were bringing the vehicles to Prospect heights projects. Sandoval-Espana gave permission for Mendez-Hermase to drive the vehicle to Prospect Heights and that he often lets him use the vehicle. He initially stated the safe was Mendez-Herasme's but that the vehicle belonged to him. Sandoval-Espana was question by ICE agent Holleran about his identity. At this time, he stated he was not Ramos and that he was indeed Sandoval-Espana. Also at this time, when I asked Sandoval-Espana if he recognized us, and he admitted that he saw us in front of Mulberry Street with trash bags in our hands. Officers then called Eva Lopez and asked her to come to the station. She stated she would be at the station in one hour.

At approximately 3:20 AM, Mendez-Herasme was advised of his rights in Spanish by Officer Perez. He stated in Spanish to Police Officer Perez, TFA Jacobson and myself that he understood his rights and he stated that it was not his car and not his safe in the car and that he was driving it for Sandoval-Espana. Mendez-Herasme then stated he understood his rights, but refused to sign a Spanish waiver rights form and wanted an attorney. At this time he was returned to the cell area. At this time, Detective Sylvestre.

At approximately 3:30 AM, Sandoval-Espana stated he wanted to talk to the police again. TFA Jacobson, Police Officer Perez, and I re-interviewed Sandoval-Espana. He stated the safe was his and

Statement taken by ________________ Signature

Witnesses: ________________

________________

not belong to his girlfriend. He was asked what is in the safe and he stated around $10,000 USC. When asked if there was cocaine in the safe he looked down and did not answer. Sandoval-Espana then signed a consent to search form for the black Toyota Avalon and a "safe box" in the Toyota at 3:43 AM

Officers attempted to open the safe with the key provided by Sandoval-Espana it began to open but also needed a code. ICE agent Holleran and I went back to him and asked for the code. He stated he could not remember it that Mendez-Herasme usually opens it and that the code is more than 4 digits long.

Officers then pried open the safe and found 6 large packages of cocaine which weighed in excess of six kilograms. There was a field-test performed by Det. Sylvestre which was positive for the presence for cocaine.

Signature

Statement taken by ____________

Witnesses: ____________

____________

Ref: **06-1312-AR**

| | | | |
|---|---|---|---|
| Entered: | 05/25/2006 @ 0538 | Entry ID: | 0662 |
| Modified: | 05/25/2006 @ 0636 | Modified ID: | 0662 |
| Approved: | 05/25/2006 @ 0642 | Approval ID: | 0662 |

On 25My06 Det. Sylvestre, assigned to the Special Squad Unit of the Pawtucket Police Department, responded to the station to assist in an investigation initiated by representatives of Drug Enforcement Administration. Upon arrival at the police station Det. Sylvestre was met by DEA Agent Dan Forde, FTA Carl Jacobson, and Keith Holleran of Immigration and Naturalization Service. Det. Sylvestre was informed by FTA Jacobson and DEA Agent Forde that they had two(2) individuals in custody who were identified as Manuel Mendez Herasme,alias,dob1/1/75 and Eddie Ramos,alias,dob5/14/77. Ramos was subsequently positively identified by INS as being an illegal entry Oscar Sandoval,alias,dob9/15/76 with an active warrant of Deportation.

The members of DEA were conducting an investigation concerning the large scale storage and illegal street distribution of Cocaine from the residence at #95 Mulberry Street in the City of Pawtucket, Rhode Island. On 25My06 in the course of the investigation two(2) vehicles were observed hastily leaving the residence after surveillance positions were compromised. The arrangements were made to have marked Pawtucket Police Vehicles stop the vehicles, black Toyota Avalon bearing Rhode Island registration OC-177 and a blue GMC Pickup bearing Rhode Island registration 52671 for further investigation. Information had been received by DEA that these vehicles wereutilized for the transportation of largequantities of Cocaine from residence at #95 Mulberry Street to various locations throughout the City of Pawtucket, Rhode Island and surrounding communities.

The vehicles were stopped by representatives of the Pawtucket Police Uniform Patrol Division at #560 Prospect Street in the City of Pawtucket, Rhode Island. The black Toyota was operated by individual identified as Mendez and the blue Pickup was operated by Sandoval. Mendez and Sandoval provided police with conflicing information concerning the circumstances of their departure from #95 Mulberry Street in the City of Pawtucket, Rhode Island.

Mendez and Sandoval transported to the Pawtucket Police Station for further investigation and the vehicles also transported to the Pawtucket Police Station for further investigation. The arrangements were made to have the registered owner of Toyota, Eva E. Lopez,alias,dob4/4/80 (girlfriend of Sandoval) respond to the Pawtucket Police Station for further investigation. Lopez was contacted and agreed to respond to the police station.

In the course of the investigation and with the assistance of Spanish speaking Officer Perez Mendez was advised of his rights and informed police that the Sentry Safe in trunk compartment of black Toyota Avalon which is registered to girlfriend of Sandoval and was operated by Mendez belongs to Sandoval. Sandoval, who initially identified himself as Eddie Ramos,alias,dob5/14/77 possessed Social Security Card and Rhode Island Operators License in the name of Eddie Ramos,alias. Sandoval confirmed that the Sentry Safe in trunk compartment of Toyota belonged to him and provided police with written consent to search for the vehicle and safe after being verbally advised of his rights by DEA Agent Forde. The key s, #2100, for the safe in the trunk of Toyota were on key chain of vehicle operated by Mendez, but which belonged to girlfriend of Sandoval, as well as on set of keys for Pickup which was operated by Sandoval. Sandoval was not able to recall the numerical combination of the safe informing agents that Mendez is the one who usually opens the safe.

The safe was subsequently opened and found to contain a white and grey plastic Aldo bag which

Entered: 05/25/2006 @ 0538 Entry ID: 0662
Modified: 05/25/2006 @ 0636 Modified ID: 0662
Approved: 05/25/2006 @ 0642 Approval ID: 0662

contained a grey Aldo shoe box (size 41) and six(6) compressed blocks of white substance wrapped in plastic wrap, brown packing tape, electrical tape and smeared with some type of oil product.

Det. Sylvestre removed each compressed block of white substance in order to ascertain its weight and afixed a letter to each block. The compressed blocks were found to have a gross weight of 14.2 pounds with an estimated value of $168,000.00. Det. Sylvestre conducted a field test on a representative sample of white substance from compressed block identified by the letter "A". The field test resulted in a positive reaction for the presence of Cocaine. Det. Sylvestre initialed and dated the field tested evidence. The white compressed substance to be removed from the packaging material in an effort to obtain any possible latent fingerprints on wrappings.

As a result of field test and investigation Mendez and Sandoval to be charged with Possession of Cocaine in Excess of a Kilogram, Possession of Cocaine With Intent to Deliver, Conspiracy to Violate the Uniform Controlled Substances Act. The individual identified as Sandoval also to be charged with Identity Fraud.

The investigation to continue......

**Pawtucket Police Department**
**Arrest Report**



**Arrest #: 06-1311-AR**
**Call #: 06-31090**

Date/Time Reported: 05/25/2006 @ 0144
Arrest Date/Time: 05/25/2006 @ 0144
Booking Date/Time: 05/25/2006 @ 0233



Additional Cases: 06-1312-AR
Court: DISTRICT ARRIGNMENT
Court Date: 05/25/2006 @ 0930
Reporting Officer: SS DETECTIVE PAUL SYLVESTRE
Assisting Officer: Patrol RAFAEL PEREZ
Booking Officer: Patrol CHRISTOPHER MILLER
Approving Officer: SS DETECTIVE PAUL SYLVESTRE

Signature: ______________________________

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | **SANDOVAL, OSCAR**<br>95 MULBERRY ST 1ST<br>PAWTUCKET RI 02860 | M | W | 29 | 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 | |

HEIGHT: 509 WEIGHT: 160
BODY: MEDIUM
DOB: 09/15/1976
LICENSE NUMBER: NOT AVAIL.

HAIR: BLACK EYES: HAZEL
COMPLEXION: NOT AVAIL.
PLACE OF BIRTH: PUERTO RICO
ETHNICITY: HISPANIC

**[APPEARANCE]**

PANTS/SKIRT: JEANS-COLOR
GLASSES WORN: NO

| ALIAS LAST NAME | FIRST NAME | MIDDLE NAME | SSN | DOB |
|---|---|---|---|---|
| RAMOS | EDDIE | A | 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 | 05/14/1977 |

EMPLOYER/SCHOOL: PARKLINE
CRANSTON RI

OCCUPATION: POLISHER

Pawtucket Police Department
Arrest Report

Arrest #: 06-1311-AR
Call #: 06-31090

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|

[RIGHTS/BOOKING CHECKS]

PHONE USED: N
ARRESTEE SECURED: Y 05/25/2006 0235
ARRESTEE CELL #: 3

FINGERPRINTED: N
PHOTOGRAPHED: N
SUICIDE CHECK: Not Performed
PERSONS: State&Federal
WANTED BY: DEA FOR INVESTIGATION
NCIC VEHICLE CHECK: Not Performed
INJURY OR ILLNESS: N

| # | OFFENSE(S) | A/C | STATE | LAW |
|---|---|---|---|---|

LOCATION TYPE: Highway/Road/Alley/Street Zone: Tab 5-2
95 MULBERRY ST 1ST
PAWTUCKET RI 02860

| # | OFFENSE(S) | A/C | STATE | LAW |
|---|---|---|---|---|
| 1 | **POSSESSION OF COCAINE IN EXCESS OF ONE KILOGRAM**<br>OCCURRED: 05/25/2006 0144<br>CRIMINAL ACTIVITY: Possessing/Concealing, Transporting/Transmitting/Importing | C | 21-28 | 4.01.2(A)(2) |
| 2 | **POSSESSION COCAINE W/INTENT TO DELIVER**<br>OCCURRED: 05/25/2006 0144<br>CRIMINAL ACTIVITY: Distributing/Selling, Transporting/Transmitting/Importing | C | 21-28 | 4.01 |
| 3 | **CONTROLLED SUBSTANCE CONSPIRACY**<br>OCCURRED: 05/25/2006 0144 | C | 21-28 | 4.08 |
| 4 | **IDENTITY FRAUD**<br>OCCURRED: 05/25/2006 0144 | C | 11-49.1 | 3 |

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | **MENDEZ HERASME, MANUEL**<br>95 MULBERRY ST 1ST<br>PAWTUCKET RI 02860<br>DOB: NOT AVAIL<br>EMPLOYER: DAVID CONSTRUCTION | PARTICIPANT | M | B | 31 | NOT AVAIL | 401-855-0565 |
| 2 | **LOPEZ, EVA**<br>73 CALLA ST<br>PROVIDENCE RI 02904<br>DOB: NOT AVAIL | PARTICIPANT | F | U | 26 | NOT AVAIL | |

| # | VEHICLE(S) | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | AVILON | 1995 | TOYT | 4D | BLK | | RI 0C-177 | $5,000.00 |

STATUS: Seized (Not Previously Stolen) DATE: 05/25/2006
OWNER: LOPEZ, EVA
VIN: 4T1GB10E3SU020549

Pawtucket Police Department
Arrest Report



**Arrest #: 06-1311-AR**
**Call #: 06-31090**

| # | VEHICLE(S) | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|---|---|---|---|---|---|---|---|
| 2 | SIE | 2000 | GMC | PU | BLU | | RI 52671 | $15,000.00 |

STATUS: Seized (Not Previously Stolen) DATE: 05/25/2006
OWNER: MENDEZ HERASME, MANUEL
VIN: 2GTEK19T2Y1357778

| # | DRUG(S) | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | HARD BRICK SHAPED WHITE COMPRESSED SUBSTANCE IN PLASTIC WRAP | | Seized (Not Previously Stolen) |

QUANTITY: 14.200 (Pounds) VALUE: $168,000.00 DATE: 05/25/2006
POSITIVE FIELD TEST
OWNER: SANDOVAL, OSCAR

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | SENTRY SAFE | | Seized (Not Previously Stolen) |

QUANTITY: 1 VALUE: $300.00
SERIAL #: AT-138718
DATE: 05/25/2006
OWNER: SANDOVAL, OSCAR

NA[illegible]ATIVE FOR PATROL CHRISTOPHER M [illegible]LER

**Ref: 06-1311-AR**

**Entered: 05/25/2006 @ 0251** **Entry ID: 9872**
**Modified: 05/25/2006 @ 0251** **Modified ID: 9872**

On 25 May, 2006 at approximately 0144 hours, I, Officer Miller along with Officer Perez (Car 309) responded to Prospect St., just outside the entrance to Prospect Hts. to assist the DEA Task Force with a traffic stop.

We were cleared by Sgt. T. Newman to transport Eddie Ramos (5-14-77) to Headquarters for investigation purposes. Ramos was viewed at the station by Sgt. T. Newman and was finger printed, photographed, and interviewed by DEA. Due to the DEA Task Force investigation, Sgt. T. Newman authorized a strip search of Ramos.

Pawtucket Police Department

RRATIVE FOR PATROL JUSTIN W SN

Ref: 06-1312-AR

| | | | |
|---|---|---|---|
| Entered: | 05/25/2006 @ 0313 | Entry ID: | 9893 |
| Modified: | 05/25/2006 @ 0314 | Modified ID: | 9893 |
| Approved: | 05/25/2006 @ 0642 | Approval ID: | 0662 |

On 25May06 at approx. 0145 hours, I, Officer Snape along with Officer Comella (Cruiser 308), responded to the front of 560 Prospect St. (Prospect Heights) to assist another law enforcement agency.

Upon our arrival, we were met by members of DEA who had two male parties in custody. Sgt. T. Newman (Car 311) was on scene. We were instructed by DEA officials to transport Manuel Mendez Herasme (1-1-75) to Pawtucket Police Headquarters to process Mendez Herasme in order to aid in their investigation.

Sgt. T. Newman viewed Mendez Herasme on scene and also upon our arrival to cell block. Mendez Herasme was stripped searched, authorized by Sgt. T. Newman. Mendez Herasme was photographed and finger printed and secured in cell #4.

# CONSENT TO SEARCH

TIME 3:43 AM

DATE 5/25/06

PLACE Pawtucket Police

I, Oscar R. Saudoms, having been informed of my right not to have a search made of the premises and/or vehicle described below without a search warrant and of my right to refuse to consent to such a search, do authorize Black TOYOTA Avalon East Prov. Police / Pawt. Police / DEA

OC 177, of the ______ Police Department to conduct a complete search of my premises and/or vehicle described as

O.S.

I give my consent to this search knowing that if any incriminating evidence is found it can be used against me in Court.

The police officer(s) named above has my permission to take any letters, papers, or other property from my premises and/or vehicle.

I give this written permission to the police officer(s) named above voluntarily and without threats or promises of any kind.

including save Box in the Trunk

WITNESSES: Rafael A. Perez

TFA [signature]

[signature] Oscar Saudord

SIGNATURE

# RIGHTS

I, Oscar Sandoval, am a suspect in the crime(s) of

Possession over 1 Kilo with intent

Conspiracy to Distribute

1. I have the right to remain silent. I do not have to give a statement or answer any questions.
2. If I give up my right to remain silent, anything I say can and will be used against me in a Court of Law.
3. I have the right to the presence of a lawyer and to talk with a lawyer before and during any questioning.
4. If I cannot afford a lawyer and I want a lawyer, a lawyer will be appointed For me at no cost to me before any questioning.
5. If I do talk to the police, I can stop at any time.

The police have made no threats or promises to me.

I UNDERSTAND MY RIGHTS: YES ✓ NO ____ DATE 5/25/06

[signature]
SIGNATURE

85 Mulbery St
Pawtucket RI
ADDRESS

TFO [signature] [signature], SA
Officer(s) advising suspect ~~of His~~/Her Rights

Police Department: Pawtucket, East Providence, DEA

Time: 7:53 AM

Date: 05/25/06

Place: Pawtucket Police Station

STATEMENT OF THE DEFENDANT

Time: 8:11AM DATE: 05/25/06 Place: Pawtucket Police Station

NAME: Oscar Sandoval

ADDRESS: 95 Mulberry Pawtucket RI

DATE OF BIRTH: 9/15/76

I, Oscar Sandoval, make the following statement(s) after having been advised of my rights. I give up my rights. I do not want a lawyer present at this time. I want to talk to the police. I am doing these things voluntarily and without threats or promises by members of the Pawtucket Police Department + DEA.

Tonigh I cam Home And I go to guys corring the Trash from the Apartament and I wend in to the House And ASK My friend Manuel y He Have Any Thing inlegulant the House because I velived they Were police oficers And I Do Not wont to Get in Troble And many Say He Have some money at Hes safe box And And He ASK me to Help Hem to moved from the Garages We bot Have a Key from the safe but I Dont KNOW WHat Was inside. I use to Put important Paper And babue thing on the safe but I Never se Nothing Like Drugs insde

[signature]
Signature

95 Mulberry St
Address

[signature]

SA [signature]

Officer(s) witnessing statement(s)

FORM 5

CONTINUATION SHEET

I Help Him to Put the safe in the Trunk of my Girfriends car And He ASK me To follow Hem to the House Were He use To Live in prospect St pawtucket. I Dont want to Rigt WHit Hem Because I Dont KNOW ~~wat~~ HOW much money He Had in the Box. ~~I use~~ the Bot is my to But I was not Shure WHat was in that.

(signature)

(signature)

SIGNATURE

Statement taken by: (signature)

Witness: (signature)

Continuation of: