AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Oscar R. Sandoval-Espana
Manuel A. Mendez-Herasme

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-70-01 & 02S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Sandra Beckner | Edward C. Roy, Judith Crowell, Esquire |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/7/2006 | Anne Clayton | Doreen L. Baldinelli |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/7/06 | | | W-1 Agent Dan Forde: |
| 1 | | | ID ✓ | Full | Consent to Search form |
| 2 | | | ✓ | Full | Rights form |
| A | | | ✓ | Full | Notes dated 5/10/06 |
| B | | | ✓ | Full | NOTES |
| D | | | ✓ | Full | Witness Statement |
| C | | | ✓ | Full | Spanish Rights form. |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

USA v. Oscar R. Sandoval-Espana
Manuel A. Mendez-Herasme

CASE NUMBER: CR06-70-01 & 02S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |