UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-070-02S

OSCAR SANDOVAL

**MOTION FOR CONTINUANCE**

Now comes the Defendant Oscar Sandoval and respectfully requests that this Honorable Court continue the date set for empanelment in the above-captioned case which is presently scheduled for October 3, 2006, and that this Court continue this case to the November, 2006 trial calendar, for the reason that counsel for Defendant is engaged in a jury trial in the Providence County Superior Court which is likely to continue through October 3, 2006, and for the further reason that a motion to suppress, which is likely to be dispositive of this case, is pending before this Court. Defendant seeks an opportunity to adequately discuss his options with counsel in light of the upcoming decision on this motion, and prior to trial.

This time would be excudable time under the Speedy Trial Act, 18 USC Section 3161(h)(8). There has been prior excludable time.

OCSAR SANDOVAL
Defendant
By His Attorney,

/s/Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on September 28, 2006, I filed a copy of this Motion via e-filing, with copies to AUSA Sandra Beckner and Assistant Federal Public Defender Edward C. Roy.

/s/ Judith Crowell, Esq.