UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-070-1S

OSCAR SANDOVAL

**MOTION FOR SECTION 3501 VOLUNTARINESS HEARING**

The Defendant Oscar Sandoval moves, pursuant to 18 USC Section 3501(a),, that this Honorable Court hold a preliminary hearing, outside the presence of the jury, to determine whether Defendant's oral and written statements were voluntarily made, taking into consideration the factors set forth in 18 USC Section 3501(b) and any additional factors that the Court finds relevant.

OSCAR SANDOVAL
Defendant
By His Attorney,

/s/Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-070-1S

OSCAR SANDOVAL

**MEMORANDUM IN SUPPORT OF DEFENDANT'S REQUEST FOR PRELIMINARY HEARING AS TO VOLUNTARINESS**

This Defendant has filed this Motion asking this Court conduct a preliminary hearing, outside the presence of the jury, to determine whether the oral and written statements of Defendant were given voluntarily. Title 18 United States Code, Section 3501(a) mandates that such a hearing occur prior to admitting Defendant's statements into evidence, and further mandates that the Court instruct the jury that it shall give such weight to Defendant's statements as it feels they deserve under all the circumstances. Defendant is requesting that such a jury instruction be given, in the event that the statements are admitted into evidence, and is also requesting a preliminary hearing.

OSCAR SANDOVAL
Defendant
By His Attorney,

/s/Judith Crowell, Esq.
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on October 30, 2006, I electronically filed this Motion and Memorandum, with copies to AUSA Sandra Beckner and AFD Edward Roy.

/s/Judith Crowell, Esq.