UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-070-1S

OSCAR SANDOVAL

**MOTION FOR DAUBERT HEARING**

The Defendant Oscar Sandoval moves, pursuant to Rule 702 of the Federal Rules of Evidence and the decisions of the United States Supreme Court in Daubert v. Merrell Dow Pharmaceuticals, 509 US 579 (1993) and Kumho Tire Co. v. Carmichael, 119 S.Ct. 1167 (1999), that this Court conduct a preliminary hearing, outside the presence of the jury, as to the reliability and helpfulness of all expert testimony to be proffered by law enforcement officers on behalf of the Government.

OSCAR SANDOVAL
Defendant
By His Attorney,

/s/Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-070-1S

OSCAR SANDOVAL

**MEMORANDUM IN SUPPORT OF DEFENDANT'S REQUEST FOR DAUBERT HEARING**

This Defendant has filed this Motion asking this Court conduct a preliminary hearing, outside the presence of the jury, to determine whether "opinion testimony" of law enforcement officers regarding "the methods and operation unique to narcotics trafficking. …[s]pecifically, … the price of cocaine; the manner in which it is manufactured, packaged, sold and used; the equipment used in narcotics trafficking; and, tactics used by drug dealers, to transport narcotics and evade detection by law enforcement …, about the techniques used by law enforcement in a narcotics investigation". Government's Trial Memorandum at p.6. Defendant submits that the testimony that the Government seeks to elicit is largely "expert testimony" within the meaning of Rule 702 of the Federal Rules of Evidence, not "opinion testimony" as defined in Rule 701 and the commentary thereto.

To the extent that this testimony is "expert testimony", Defendant submits that this Court should conduct a preliminary hearing, outside the presence of the jury, as to the reliability and helpfulness of the proffered testimony, pursuant to the decisions of the United States Supreme Court in Daubert v. Merrell Dow Pharmaceuticals, 509 US 579 (1993) and Kumho Tire Co. v. Carmichael, 119 S.Ct. 1167 (1999). At this hearing the

Government, as the proponent of the testimony, bears the burden of establishing, by a preponderance of the evidence, that the reliability requirement is met. Where, as here, the proposed expert witness is "relying solely or primarily on experience, then the witness must explain how that experience leads to the conclusion reached, why that experience is a sufficient basis for the opinion, and how that experience is reliably applied to the facts. The trial court's gatekeeping function requires more than simply 'taking the expert's word for it.'" Rule 702, Federal Rules of Evidence, Advisory Committee Notes to the 2000 Amendments (citation omitted).

OSCAR SANDOVAL
Defendant
By His Attorney,

/s/Judith Crowell, Esq.
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on October 31, 2006, I electronically filed this Motion and Memorandum, with copies to AUSA Sandra Beckner and AFD Edward Roy.

/s/Judith Crowell, Esq.