UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-070-1S

OSCAR SANDOVAL

**MOTION IN LIMINE**

The Defendant Oscar Sandoval moves, pursuant to Rules 403 and 404(b) of the Federal Rules of Evidence, that this Honorable Court enter an Order barring the Government from introducing into evidence, in its case in chief, testimony regarding the Defendant's use of the name "Eddie Ramos" and proffer to law enforcement officers of an otherwise-valid driver's license that name, at the time of the initial traffic stop, for the reasons set forth in the accompanying Memorandum.

OSCAR SANDOVAL
Defendant
By His Attorney,

/s/Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-070-1S

OSCAR SANDOVAL

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE**

This Defendant has filed this Motion in Limine asking this Court to instruct the Government not to introduce evidence, in its case in chief, regarding Defendant's use of a name other than his own, as well as his proffer to law enforcement officers of a valid Rhode Island driver's license in a name other than his true name, at the time of his arrest. Defendant is a native of Guatemala. He was not legally present in the United States at the time of his arrest, and had been ordered deported by the Immigration and Naturalization Service (now ICE). He was afforded an opportunity to voluntarily depart, but did not do so. An administrative warrant of deportation was pending at the time of Defendant's arrest in the instant case.

Defendant objects to the introduction of this evidence regarding his use of the name "Eddie Ramos" because the Government seeks thereby to mislead the jury into believing that Defendant proffered the false driver's license due to consciousness of guilt of the crime charged. There is absolutely no reason to believe that Defendant used the name Eddie Ramos in an effort to mislead the officers regarding culpability for the drug trafficking offense with which Defendant is charged. In fact, Defendant obtained a Rhode Island driver's license in the name Eddie Ramos and used that name for the purpose of

employment because, as an illegal alien, Defendant could not work or obtain a driver's license in his own name.

The Government has agreed not to introduce evidence of Defendant's immigration status at trial. However, this agreement is meaningless if this Court permits the Government to introduce evidence of Defendant's use of the name "Eddie Ramos", because Defendant will be forced to elicit testimony regarding his immigration status in order to counter the misapprehension that would otherwise be created by the Government.

Finally, the cases cited by the Government involve use of a false name during or after flight either to avoid arrest or to avoid trial. These cases therefore address the fact pattern contemplated by Paragraph 209 "Flight After Accusation/Consciousness of Guilt" in the Pattern Criminal Jury Instructions for the District Courts of the First Circuit (1997). The cases do not address the factual context presented herein, where the Defendant, an illegal alien, stops voluntarily and without hesitation when requested to do so by law enforcement officers, and then proffers a name other than his own and an otherwise valid driver's license issued to him in that name.

For all the foregoing reasons, Defendant objects to the Government's intended use of this evidence at trial. Defendant requests that this Court address this issue prior to

empanelment in order that Defendant can request voir dire regarding his illegal alien status in the event that the Court's ruling will require him to elicit that status at trial.

OSCAR SANDOVAL
Defendant
By His Attorney,

/s/Judith Crowell, Esq.
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on November 1, 2006, I electronically filed this Motion and Memorandum, with copies to AUSA Sandra Beckner and AFD Edward Roy.

/s/Judith Crowell, Esq.