UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-70-1S

OSCAR SANDOVAL

**MOTION FOR CONTINUANCE**

Now comes the Defendant Oscar Sandoval and respectfully requests that this Honorable Court continue this case to the December, 2006 trial calendar call, for the reason that Defendant's family is seeking to retain private counsel. On November 2, 2006 Defendant's brother had preliminary discussions with prospective counsel regarding Defendant's representation. The undersigned has spoken with the prospective attorney who confirms that discussions are ongoing. Defendant is facing a ten year mandatory minimum sentence if convicted, and submits that fundamental fairness dictates that he be afforded additional time to retain counsel of his choice before a trial of this case.

This time period would be excudable time under the Speedy Trial Act, 18 USC Section 3161(h)(8), because the interests of justice in allowing Defendant time to retain counsel and for new counsel to prepare for trial outweighs the interests of the public and the Defendant in a speedy trial. There has been prior excludable time.

OSCAR SANDOVAL
Defendant
By His Attorney,

/s/Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on November 3, 2006, I filed a copy of this Motion via e-filing, with a copy to AUSA Sandra Beckner and AFD Edward Roy.

/s/ Judith Crowell, Esq.