IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | |
| | ) | Cr. No. 06-070S |
| OSCAR R. SANDOVAL-ESPANA a/k/a | ) | |
| Eddie Alberto Ramos | ) | |
| and | ) | |
| MANUEL A. MENDEZ-HERASME | ) | |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR CONTINUANCE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Sandra R. Beckner, Assistant United States Attorney, and hereby OBJECTS to the Defendant's Motion for Continuance.

This case has been scheduled since September 29, 2006. Prior to that, the trial was continued at least twice at defense request. Due to defense refusal to stipulate to the identity and quantity of the drugs, the government has had to go to great lengths to assure the appearance of the chemist, who was scheduled to appear in a trial in the District of the Virgin Islands.

The government has spent the last two weeks preparing for trial in this matter, to include drafting and submitting the pretrial memorandum, drafting voir dire questions, preparing

exhibit lists, preparing witnesses, and responding to at least three pretrial motions.

In evaluating whether a defendant's request for new counsel and a continuance should be granted, the Court should consider the timeliness of the request, the nature of the defendant's complaint, and "whether the conflict between the defendant and his counsel was so great that it resulted in a total lack of communication preventing an adequate defense." United States v. Allen, 789 F.2d 90, 92 (1st Cir. 1986).

For the defendant to come before the Court at the eleventh hour, requesting a continuance because some family member may have approached another attorney, is not sufficient grounds to warrant a continuance. Defendant's request is untimely. See, e.g., United States v. Reyes, 352 F.3d 511, 515 (1st Cir. 2003) (motion to withdraw filed one week before trial untimely); United States v. Woodard, 291 F.3d 95, 107 (1st Cir. 2002) (motion for substitute counsel filed 13 days before trial untimely). At this juncture, it is the government's view that the defendant has two

options: (1) he can plead guilty or (2) he can proceed to trial.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE,
UNITED STATES ATTORNEY

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

I hereby certify that on November 3, 2006, a copy of the within "Government's Response to Defendant Sandoval's Motion for Continuance" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Edward Roy
Federal Defender's Office
10 Weybosset Street - Suite 300
Providence, Rhode Island 02903

Ms. Judith Crowell
Attorney at Law
128 Dorrance Street
Providence, RI 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj