UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-070-02S

OSCAR SANDOVAL

**MOTION TO WITHDRAW**

Now comes the undersigned, court-appointed counsel for the Defendant Oscar Sandoval, and moves that this Honorable Court permit counsel to withdraw from further representation of Defendant in this case, for the reason that counsel's ability to confer with her client has been compromised by a new or newly enforced policy of the Donald W. Wyatt Detention Facility, continued enforcement of which prevents counsel from adequately representing her client by denying counsel access to Mr. Sandoval.

OSCAR SANDOVAL
Defendant
By His Attorney,

/s/Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on December 15, 2006, I filed a copy of this Motion via e-filing, with a copy to AUSA Sandra Beckner.

/s/ Judith Crowell, Esq.