IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | Cr. No. 06-070S |
| | ) | |
| OSCAR R. SANDOVAL-ESPANA a/k/a | ) | |
| Eddie Alberto Ramos | ) | |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO WITHDRAW

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Sandra R. Beckner, Assistant United States Attorney, and hereby responds to the Defendant's Motion to Withdraw as follows:

The government respectfully requests that the Court schedule this matter for a hearing to address the reasons for defense counsel's motion, the defendant's position on said motion and the impact, if any, that the motion to withdraw will have on the proceedings. In this case, defense counsel litigated a motion to suppress, participated in the defendant's change of plea hearing, and accompanied defendant at the safety-valve interview. The government anticipates defense objections to the pre-sentence report regarding safety-valve. The substance of the change of plea hearing as well as the safety-valve interview will be at issue.

The government is concerned, given the late stage of these proceedings and defense counsel's considerable familiarity with

the case, that the defendant may not agree to substitution of counsel at this time. Accordingly, the government respectfully requests that the Court hold a hearing to ascertain defendant's assent to his counsel's withdrawal.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE,
UNITED STATES ATTORNEY

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

# CERTIFICATION

I hereby certify that on December 19, 2006, a copy of the within "Government's Response to Defendant Sandoval's Motion to Withdraw" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Edward Roy
Federal Defender's Office
10 Weybosset Street - Suite 300
Providence, Rhode Island 02903

Ms. Judith Crowell
Attorney at Law
128 Dorrance Street
Providence, RI 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj