UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-070-02S

OSCAR SANDOVAL

**MOTION TO PASS COUNSEL'S MOTION TO WITHDRAW**

Now comes the undersigned, counsel for the Defendant Oscar Sandoval, and moves that this Honorable Court permit counsel to pass, or withdraw, her previously filed motion to withdraw from continued representation of Defendant in this case, for the reason that the "policy" of the Donald W. Wyatt Detention Facility which formed the basis of that motion has been clarified to alleviate counsel's concerns.

OSCAR SANDOVAL
Defendant
By His Attorney,

/s/Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on January 11, 2007, I filed a copy of this Motion via e-filing, with a copy to AUSA Sandra Beckner.

/s/ Judith Crowell, Esq.