UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

Cr. No. 06-070-01S

OSCAR SANDOVAL

**NOTICE OF APPEAL**

Now Comes Defendant Oscar Sandoval, pro se, and files a Notice of Appeal of his sentence in the above-captioned case.

Respectfully submitted,

Oscar R. Sandoval
Oscar Sandoval, Pro Se

**CERTIFICATION**

I hereby certify that on February 5, 2007, I mailed a copy of this Notice of Appeal to AUSA Sandra Beckner, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.

Oscar R. Sandoval