UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. D.C. **CR06-70-01S**

2. TITLE OF CASE: **United States of America v Oscar Sandoval**

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT (S):

   **Judith Crowell**
   128 Dorrance Street
   4th Floor
   Providence, RI 02903

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):
   **Sandra Beckner**
   **U.S. Attorney's Office**
   **50 Kennedy Plaza**
   **8th Floor**
   **Providence, RI 02903**

5. NAME OF JUDGE: William E. Smith

| | | | | |
|---|---|---|---|---|
| 6. | COURT-APPOINTED COUNSEL | | YES | x NO |
| | FEE PAID | | YES | x NO |
| | | RECEIPT | | |
| 8. | IN FORMA PAUPERIS | | YES | X NO |
| 9. | GUIDELINES CASE | | YES | X NO |
| 10. | RELATED CASE ON APPEAL | | YES | x NO |
| | C.C.A. # (IF AVAILABLE) | | | |
| | DATE OF LAST N.O.F.A. FILED | | | |

11. SPECIAL COMMENTS: Enclosed please find original pleading file as well as certified copy of docket sheet.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

February 9, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: **United States of America v Oscar Sandoval**
**CR06-70-01S**

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket entries in the above entitled case.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Wendy Geile
DEPUTY CLERK

ENC: Certified Docket, Notice of Appeal, Court File, PSR, Statement of Reasons

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, on the 9th day of February 2007.

David A. DiMarzio, CLERK

BY: *Wendy Geile*
DEPUTY CLERK