2/13/07
1 mon cr rec
Jpk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. D.C. **CR06-70-01S**

2. TITLE OF CASE: **United States of America v Oscar Sandoval**

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT (S):

**Judith Crowell**
128 Dorrance Street
4th Floor
Providence, RI 02903

RECEIVED
FEB 13 2007
BY: U.S. Court of Appeals

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):
**Sandra Beckner**
**U.S. Attorney's Office**
**50 Kennedy Plaza**
**8th Floor**
**Providence, RI 02903**

5. NAME OF JUDGE: William E. Smith

| | | | |
|---|---|---|---|
| 6. | COURT-APPOINTED COUNSEL | YES | x NO |
| | FEE PAID | YES | x NO |
| | RECEIPT | | |
| 8. | IN FORMA PAUPERIS | YES | X NO |
| 9. | GUIDELINES CASE | YES | X NO |
| 10. | RELATED CASE ON APPEAL | YES | x NO |
| | C.C.A. # (IF AVAILABLE) 07-1289 | | |
| | DATE OF LAST N.O.F.A. FILED | | |

11. SPECIAL COMMENTS: Enclosed please find original pleading file as well as certified copy of docket sheet.

(81)