MANDATE

06-00070
USDC/RI
Smith, J

# United States Court of Appeals
## For the First Circuit

No. 07-1289

UNITED STATES,

Appellee,

v.

OSCAR R. SANDOVAL-ESPANA,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge
and Lynch, Circuit Judge.

JUDGMENT

Entered: November 26, 2007

Appellant, having pled guilty to a cocaine offense, claims that the district court erred in not giving him the benefit of the safety valve provided for in 18 U.S.C. § 3553(f). We review such a determination for clear error. United States v. Bermudez, 407 F.3d 536, 542 (1st Cir. 2005).

The parties and the district court agree that appellant gave differing accounts of his offense between the time of his arrest and the time of the sentencing hearing, particularly in regard to his knowledge of the source of the cocaine - a fact of particular interest to the government. That appellant may have been motivated to equivocate, or misrepresent the truth, out of fear, does not mean that the inconsistencies in his accounts can be discounted. Defendants often have reasons, including fear of reprisal, for not wanting to make full disclosure of what they know to the government, but full disclosure is what Congress requires of those seeking the benefit of the safety valve at sentencing. United States v. Montanez, 82 F.3d 520, 523 (1st Cir. 1996).

This is not a case where the defendant cured an incomplete or inaccurate statement with a later, credible disclosure. Not until the sentencing hearing itself -- too late under the statute -- did appellant offer to give a definitive version. At that point, both the government and the court stated that they would have no way of assessing the accuracy of such a proffer. We affirmed the denial of the safety valve in a similar situation in Bermudez, 407 F.3d at 542, where it was not possible to tell if any version of the offense proffered by the defendant could be taken as truthful and complete.

The judgment is affirmed. See 1st Cir. R. 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

______________________
**Deputy Clerk**

**Date:** 12/18/07

[cc: Judith Crowell, Esq., J. Thomas Kerner, Esq., Sandra Beckner, Esq. and Donald Lockhart, Esq.]