FILED
APR 21 2008
Property of U.S. District Court
District of Rhode Island

**OSCAR SANDOVAL-ESPANA**
Reg. No: 05762-070
F.C.I. Loretto
P.O. Box 1000
Loretto, PA 15940

January 16, 2008

Office Of The Clerk
United States District Court
For The District Of Rhode Island
1 Exchange Terrace
Providence, RI 02903-1779

**Case No: 1:06-CR-00070-01S**

Dear Office Of The Clerk:

The purpose of this correspondence is to respectfully requests this Honorable Court Office assistance in obtaining certain documents related to my case. The following documents are needed:

1. Copy of the Transcripts of the Evidentiary Hearing on the Motion to suppress evidence in this case, held before this Court on September 7, 2006.

As I know that there is a statutory fee for each copy of documents requested, I am in need to be provided with the total fee to pay for my requested documents.

All assistance that this Court Office can give me will be greatly appreciate. Thank you in advance.

RESPECTFULLY

Oscar Sandoval-Espana

File