**OSCAR SANDOVAL ESPANA**
Reg. NO:05762-070
F.C.I. Loretto
P.O. Box 1000
Loretto, PA 15940

May 15, 008

Ms. Anne M. Clayton, RPR
**Office Of The Clerk**
United States District Court
For The District Of Rhode Island
One Exchangre Terrace
Providence, RI 02903

**Re: <u>U.S. v. Sandoval Espana</u>**
**CR No:06-070-01-S**

Dear Office of the Clerk:

In receiving your letter dated April 30, 2008, I learned that the amount for the request of transcripts is $748.50. I would notify this Court Office that due to my poverty, I am unable to pay the costs of said requested and needed legal materials. As such, I would like to request this Court Office's assistance in obtaning said legal materials without I paying the requested amount, since I do not have money in my inmate's account to pay that amount.

Your assistance is greatly appreciate. Thank you in advance.

Sincerely,

Oscar Sandoval Espana