**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

August 19, 2008

Ms. Anne Clayton
United States District Court
One Exchange Terrace
Providence, RI 02903

Re: United States v. Oscar R. Sandoval-Espana, CR06-070S

Dear Ms. Clayton:

The government requests that the transcript of the proceeding held on September 7, 2006 be redacted as follows:

p. 8, lines 13-15

The government contends that the transcript contains personal identifying information that should not be publicly disclosed.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

SANDRA R. BECKNER
Assistant U.S. Attorney

RECEIVED
AUG 20 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

SRB:kem